FILED 26 MAY '11 9:16 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LLOYD ARCHER, JR,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

**Commissioner of Social Security,**

    Defendant.

No. CV 10-6119-MO-ST

ORDER

MOSMAN, J.,

    Based on the stipulation between the parties through their respective counsel it is hereby allowed that the Plaintiff is awarded attorney fees in the amount of $3,689.00 pursuant to 28 U.S.C. § 2412, and expenses in the amount of $0 pursuant to 28 U.S.C. § 1920, for a total of $3,689.00, subject to debt owed the US Government described pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).

    If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office at: P.O. Box 12806, Salem, OR 97309-0806. If Plaintiff has

ORDER - 1

a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this _25_ day of May, 2011.

                                                    MICHAEL W. MOSMAN
                                                    United States District Court

ORDER - 2